First Department, November, 1970

(November 4, 1970)

In the Matter of James Blake, Petitioner, v. Frank S. Hogan, as District Attorney of New York County, et al., Respondents. In the Matter of Jerome O. Glucksman, Petitioner, v. Frank S. Hogan, as District Attorney of New York County, et al., Respondents.—

Concur — McGivern, J. P., Markewich, Nunez, McNally and Steuer, JJ.